# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID GILBERG, <br> TERESA LEONARD, <br> DOUGLAS STOKES, <br><br> Plaintiffs, <br><br> vs. <br><br> ASSOCIATED WHOLESALE GROCERS, <br> TODD COOPER, and <br> JOHN DOES 1-10, <br><br> Defendants. | Case No. 6:15-cv-03365-MDH <br> 6:15-cv-03366-MDH <br> 6:15-cv-03367-DPR <br> *(Consolidated)* |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs, David Gilberg, Teresa Leonard and Douglas Stokes (collectively referred to as "Plaintiffs"), by and through their undersigned counsel, and Defendants, Associated Wholesale Grocers, Todd Cooper, and John Does 1-10 (collectively referred to as "Defendants") by and through their undersigned counsel, and hereby stipulate that all of Plaintiffs' claims and causes of action against Defendants, set forth in Plaintiffs' Petitions for Damages filed by Plaintiffs, shall be dismissed with prejudice, with each party to bear their own attorney fees and costs herein.

EVANS & DIXON, LLC

By: _____
Jennifer R. Hargis (#55143)
4905 S. National Ave., Building B
Springfield, Missouri 65810
T: (417) 882-4700
F: (417) 882-4927
E: jhargis@evans-dixon.com
*ATTORNEY FOR PLAINTIFFS*

POLSINELLI, PC

By: _____
Karen R. Glickstein (#37083)
Katharine K. Sangha (#66196)
900 West 48th Place, Suite 900
Kansas City, Missouri 64112
T: (816) 753-1000
F: (816) 753-1536
E: kglickstein@polsinelli.com
E: ksangha@polsinelli.com
ATTORNEYS FOR DEFENDANTS