# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DAVID GILBERG, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | Case No.  **6:15-CV-03365-MDH** |
| | ) | **6:15-CV-03366-MDH** |
| **ASSOCIATED WHOLESALE GROCERS,** | ) | **6:15-CV-03367-DPR** |
| **et al.,** | ) | (*Consolidated*) |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is parties' Stipulation for Dismissal With Prejudice. (Doc. 166) wherein all Plaintiffs voluntarily dismiss all claims and causes of action against all Defendants with prejudice with each party to bear its own attorney fees and costs.

WHEREFORE, the Court hereby dismisses this matter in its entirety with prejudice and with each party bearing its own attorney fees and costs.

**IT IS SO ORDERED.**

DATED:        January 4, 2019

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**

1